1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK SWAGERTY,

11            Petitioner,                No. CIV S-12-0030 EFB P

12        vs.

13   MATTHEW CATE,

14            Respondent.               <u>ORDER</u>

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28

17   U.S.C. § 2254.   He has requested that the court appoint counsel.  There currently exists no

18   absolute right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d

19   453, 460 (9th Cir. 1996).  The court may appoint counsel at any stage of the proceedings "if the

20   interests of justice so require."  *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing

21   Section 2254 Cases.  The court does not find that the interests of justice would be served by the

22   appointment of counsel at this stage of the proceedings.

23   ////

24   ////

25   ////

26   ////

1

1       Accordingly, it hereby is ORDERED that petitioner's January 5, 2012 request for

2  appointment of counsel is denied without prejudice.

3  DATED:  January 18, 2012.

                  EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE