IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK SWAGERTY,

    Petitioner,                    No. CIV S-12-0030 EFB P

    vs.

MATTHEW CATE,

    Respondent.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 18, 2012, respondent requested an extension of time to file and serve a response to the petition. The undersigned granted respondent's motion and ordered respondent to file and serve a response on or before May 23, 2012. On April 27, 2012, after respondent had been granted an extension of time to file a response, petitioner filed an opposition to respondent's motion for an extension of time and requested the court sanction respondent for failing to respond to his petition. As stated in the court's April 20, 2012 order, good cause warranted the court granting respondent an extension of time. Petitioner's request for sanctions lacks merit and will be denied.

////

////

1

1 | Accordingly, it is hereby ordered that petitioner's April 27, 2012 request for sanctions,
2 | Dckt. No. 15, is denied.
3 | DATED: May 15, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE