UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SWAGERTY, | No. 2:12-cv-30-EFB P |
| Petitioner, | |
| v. | |
| MATTHEW CATE, | ORDER |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]

Petitioner seeks discovery of:

1) the photo Lena F. posted online wearing panties and bra. 2) the D.A. report used to request the warrant No. 09F05359. 3) probation report without any mention of sex registration PC290. 4) cell phone tower records of Mark Swagerty and Stephanie Peterson. 5) DA file on Mark Swagerty No. 09F05359.

ECF No. 30 at 1-2. As grounds for discovery, petitioner states only that the requested items "should be provided." *Id.*

/////

/////

---

[1] The case is before the undersigned pursuant to the parties' consents. ECF Nos. 5, 12; 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E.D. Cal. L.R. 301, 305.

1

Habeas petitioners are not entitled to discovery as a matter of course. *Bracy v. Gramley*, 520 U.S. 899, 904 (1997). Rather, under Rule 6(a) of the Federal Rules Governing § 2254 Cases, discovery in habeas cases may be authorized upon a showing of good cause. 28 U.S.C. foll. § 2254; *Bracy*, 520 U.S. at 904. Petitioner has not explained why the listed items are needed to develop his habeas claims.[2]

Accordingly, the motion for discovery (ECF No. 30) is DENIED.

Dated: February 21, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] In his reply brief petitioner states only that the district attorney has withheld some evidence and that such withholding is "detrimental to petitioner's appeal." Dckt. No. 32.