IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SWAGERTY,<br><br>                Petitioner,<br><br>    vs.<br><br>J. PRICE, Acting Warden, Deuel Vocational Institution,<br><br>                Respondent. | No. 2:12-cv-00030-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 49] |

On August 20, 2014, this Court denied Mark Swagerty, a state prisoner proceeding *pro se*, habeas corpus relief and also denied a certificate of appealability. Docket Nos. 44 at 12, 45 at 1. On September 8, 2014, Swagerty timely filed with this Court a notice of appeal. Docket No. 46. At Docket No. 49, Swagerty filed with this Court a motion for a certificate of appealability. Because this Court has already denied Swagerty a certificate of appealability, it appears that Swagerty inadvertently filed his motion with this Court rather than the Court of Appeals.

**IT IS THEREFORE ORDERED THAT** the Clerk of Court is directed to transfer Swagerty's Motion for a Certificate of Appealability at Docket No. 49 to the Ninth Circuit Court of Appeals.

Dated: October 9, 2014.

                                                        /s/ James K. Singleton, Jr.
                                                         JAMES K. SINGLETON, JR.
                                                    Senior United States District Judge